*E-Filed 8/10/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEONARD J. RANSOM, | No. C 10-0075 RS (PR) |
| Plaintiff, | **ORDER EXTENDING TIME** |
| v. | |
| COUNTY OF SANTA CLARA, and, JOHN BRIEDENTHANL, | |
| Defendants. | |

This is a federal civil rights action filed by a *pro se* state prisoner pursuant to 42 U.S.C. § 1983. Plaintiff's motion for an extension of time to file an amended complaint (Docket No. 11) is GRANTED. Plaintiff shall file his amended complaint within 60 days from the date this order is filed. **No further extensions will be granted.**

This order terminates Docket No. 11.

**IT IS SO ORDERED**.

DATED: August 9, 2010

_____
RICHARD SEEBORG
United States District Judge

No. C 10-0075 RS (PR)
ORDER EXTENDING TIME